IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN, ) | No. C-00-1228-CW |
| ) | |
| Petitioner, ) | |
| ) | **ORDER EXTENDING TIME TO FILE** |
| vs. ) | **AMENDED PETITION FOR WRIT OF HA-** |
| ) | **BEAS CORPUS, AND CASE MANAGEMENT** |
| ROBERT L. AYERS, Warden of the ) | **SCHEDULE** |
| California State Prison at San Quentin, ) | |
| ) | *Death Penalty Case* |
| Respondent. ) | |
| _____ ) | |

Pursuant to the stipulation of the parties signed February 8, 2007, and good cause

appearing therefore,

IT IS HEREBY ORDERED that the time for filing the Amended Petition for Writ of Ha-

beas Corpus, incorporating Petitioner's newly-exhausted claims, be extended 45 days to and

including April 13, 2007.  It is further stipulated that the time for the parties to file a joint case-

management schedule is extended 30 days after the filing of the habeas corpus petition, to May

14, 2007.

DATED:  March 13, 2007

_____
CLAUDIA WILKEN
United States District Judge

Submitted by:

_____
Robert R. Bryan
Lead counsel for Petitioner

ORDER EXTENDING TIME TO FILE AMENDED PETITION - No. C-00-1228-CW