IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>              Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Warden of the<br>California State Prison at San Quentin,<br><br>              Respondent.<br>_____ | No. C-00-1228-CW<br><br>**ORDER EXTENDING TIME TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS, AND CASE MANAGEMENT SCHEDULE**<br><br>*Death Penalty Case* |

Pursuant to the stipulation of the parties signed April 3, 2007, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing the Amended Petition for Writ of Habeas Corpus, incorporating Petitioner's newly-exhausted claims, be extended 45 days to and including May 28, 2007.  It is further ordered that the time for the parties to file a joint case-management schedule is extended 30 days after the filing of the habeas corpus petition, to June 27, 2007.

DATED:  April 10, 2007

*Claudia Wilken*
_____
CLAUDIA WILKEN
United States District Judge

Submitted by:

____/S/_____
Robert R. Bryan

ORDER EXTENDING TIME TO FILE AMENDED PETITION - No. C-00-1228-CW

Lead counsel for Petitioner

Copies mailed to:

**Habeas Corpus Resource Center**
Habeas Corpus Resource Center
50 Fremont Street, Suite 1800
San Francisco, CA 94105

**California Appellate Project**
California Appellate Project
Federal Court Docketing
101 Second Street
Suite 600
San Francisco, CA 94105

Geo. Kolombatovich
Death Penalty Clerk
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA  94102