IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CURTIS LEE ERVIN,**<br><br>                                      Petitioner,<br><br>v.<br><br>**ROBERT L. AYERS, Warden of the California State Prison at San Quentin,**<br><br>                                      Respondent. | **CAPITAL CASE**<br><br>C 00-1228 CW<br><br>**ORDER EXTENDING TIME TO FILE ANSWER TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS AND CASE MANAGEMENT SCHEDULE** |

Pursuant to the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing the Answer to the Amended Petition for Writ of habeas Corpus be extended to and including November 26, 2007.

IT IS FURTHER STIPULATED ORDERED that the time for the filing of the traverse be extended to December 26, 2007; and the parties shall file a joint case-management statement by January 28, 2008

Dated: ____10/11/07_____    _____
                                                                    The Honorable Claudia Wilken

[Proposed] Order Extending Time to File Answer to Amended Petition for Writ of Habeas Corpus and Case Management Schedule - *Ervin v. Ayers* - Case No. C 00-1228 CW

1