IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE ERVIN, | ) | No. C-00-1228-CW |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER EXTENDING TIME TO FILE** |
| vs. | ) | **TRAVERSE, AND, CASE MANAGE-** |
| | ) | **MENT SCHEDULE** |
| ROBERT L. AYERS, Warden of the | ) | |
| California State Prison at San Quentin, | ) | |
| | ) | *Death Penalty Case* |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties signed April 2, 2008, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse to Respondent's Answer to Petition for Writ of Habeas Corpus, is extended 45 days to and including May 22, 2008, and the parties shall file a joint case-management statement by June 23, 2008.

DATED:  April 8, 2008

*[signature]*

_____
CLAUDIA WILKEN
United States District Judge

Submitted by:

_____
Robert R. Bryan, Calif. Bar No. 079450
2088 Union Street, Suite 4
San Francisco, California 94123-4117
Telephone:      (415) 292-2400
Facsimile:        (415) 292-4878
Email:              RobertRBryan@aol.com

Lead counsel for Petitioner

ORDER EXTENDING TIME TO FILE TRAVERSE - No. C-00-1228-CW

## PROOF OF SERVICE BY MAIL

I declare that I am over 18 years of age, not a party to the within cause; my business address is 660 4th Street, No. 341, San Francisco, California 94107. I have served a copy of the attached

**Order Extending Time To File Traverse,
and, Case Management Schedule**

by placing a copy of same in the United States Mail, postage pre-paid and properly addressed, to:

>Allan I. Yannow, Esq.
>Deputy Attorney General
>455 Golden Gate Avenue, Room 11000
>San Francisco, California 94102-3664
>
>Death Penalty Law Clerk
>U.S. District Court
>450 Golden Gate Avenue
>San Francisco, California 94102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 2nd day of April, 2008, at San Francisco, California.

_____

ORDER EXTENDING TIME TO FILE TRAVERSE - No. C-00-1228-CW