UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE ERVIN, | ) | No. C-00-1228-CW |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER EXTENDING TIME TO FILE** |
| vs. | ) | **TRAVERSE, AND, CASE MANAGE-** |
| | ) | **MENT SCHEDULE** |
| ROBERT L. AYERS, Warden of the | ) | |
| California State Prison at San Quentin, | ) | |
| | ) | |
| Respondent. | ) | *Death Penalty Case* |
| | ) | |

Pursuant to the stipulation of the parties signed May 14, 2008, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse to Respondent's Answer to Petition for Writ of Habeas Corpus, is extended 45 days to and including August 10, 2008, and the parties shall file a joint case-management statement by September 9, 2008.

DATED: May ____, 2008

                                                                  SUSAN ILLSTON
                                                                   United States District Judge

Submitted by:

*/s/ Robert R. Bryan*

Robert R. Bryan, Calif. Bar No. 079450
2088 Union Street, Suite 4
San Francisco, California 94123-4117
Telephone:   (415) 292-2400
Facsimile:    (415) 292-4878
Email:         RobertRBryan@aol.com