IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>                Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Warden of the<br>California State Prison at San Quentin,<br><br>                Respondent.<br>_____ | No. C-00-1228-CW<br><br>**ORDER EXTENDING TIME TO FILE TRAVERSE, AND, CASE MANAGEMENT SCHEDULE**<br><br>*Death Penalty Case* |

      Pursuant to the stipulation of the parties signed August 6, 2008, and good cause appearing therefore,

      IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse to Respondent's Answer to Petition for Writ of Habeas Corpus, is extended 30 days to and including September 10, 2008, and the parties shall file a joint case-management statement by October 10, 2008.

DATED: August 11, 2008

                                              _____<br>                                              CLAUDIA WILKEN<br>                                              United States District Judge

Submitted by:

_____<br>Robert R. Bryan<br>2088 Union Street, Suite 4<br>San Francisco, California 94123-4117<br>Telephone:   (415) 292-2400<br>Facsimile:    (415) 292-4878<br>Email:        RobertRBryan@aol.com

Lead counsel for Petitioner<br>Curtis Lee Ervin