IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ROBERT L. AYERS, Warden of the ) <br> California State Prison at San Quentin, ) <br> ) <br> Respondent. ) <br> _____ ) | No. C-00-1228-CW <br><br> **ORDER EXTENDING TIME TO FILE TRAVERSE, AND, CASE MANAGEMENT SCHEDULE** <br><br> *Death Penalty Case* |

Pursuant to the stipulation of the parties signed September 5, 2008, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse to Respondent's Answer to Petition for Writ of Habeas Corpus, is extended 14 days to and including September 24, 2008, and the parties shall file a joint case-management statement by October 24, 2008.

DATED: September 16, 2008

_____
CLAUDIA WILKEN
United States District Judge

Submitted by:

_____
Robert R. Bryan
2088 Union Street, Suite 4
San Francisco, California 94123-4117
Telephone:     (415) 292-2400
Facsimile:      (415) 292-4878
Email:           RobertRBryan@aol.com

Lead counsel for Petitioner

ORDER EXTENDING TIME TO FILE TRAVERSE - No. C-00-1228-CW