ROBERT R. BRYAN, Calif. Bar No. 079450
Law Offices of Robert R. Bryan
2088 Union Street, Suite 4
San Francisco, California 94123-4117
Telephone:    (415) 292-2400
Facsimile:    (415) 292-4878
Email:        RobertRBryan@aol.com

PAMALA SAYASANE, Calif. Bar No. 185688
660 4th Street, No. 341
San Francisco, California 94107-1618
Telephone:    (415) 401-8211
Facsimile:    (415) 401-8907
Email:        Sayasanelaw@sbcglobal.net

Attorneys for Petitioner,
CURTIS LEE ERVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CURTIS LEE ERVIN, | ) | No. C-00-1228-CW |
|---|---|---|
| Petitioner, | ) ) ) ) | **STIPULATION TO EXTEND TIME FOR FILING PETITIONER'S TRAVERSE AND CASE MANAGEMENT SCHEDULE** |
| vs. | ) ) | |
| ROBERT L. AYERS, Warden of the California State Prison at San Quentin, | ) ) ) | |
| Respondent. | ) ) | *Death Penalty Case* |

The parties hereby stipulate that the time for filing Petitioner's Traverse to Respondent's Answer to Petition for Writ of Habeas Corpus, filed on or about March 7, 2008, be extended six days to and including September 30, 2008, and the parties shall file a joint case-management statement by October 30, 2008. The Traverse is currently due on September 24, 2008.

Dated: September 22, 2008

_____        _____
ROBERT R. BRYAN                       ALLAN YANNOW
Lead Counsel for Petitioner           Attorney for Respondent

STIPULATION EXTENDING TIME TO FILE TRAVERSE - No. C-00-1228-CW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE ERVIN, | ) | No. C-00-1228-CW |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER EXTENDING TIME TO FILE** |
| vs. | ) | **TRAVERSE, AND, CASE MANAGE-** |
| | ) | **MENT SCHEDULE** [Proposed] |
| ROBERT L. AYERS, Warden of the | ) | |
| California State Prison at San Quentin, | ) | |
| | ) | |
| Respondent. | ) | *Death Penalty Case* |
| | ) | |

Pursuant to the stipulation of the parties signed September 22, 2008, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse to Respondent's Answer to Petition for Writ of Habeas Corpus, is extended six days to and including September 30, 2008, and the parties shall file a joint case-management statement by October 30, 2008. Petitioner anticipates no need for further extensions.

DATED: September 23, 2008

_____
CLAUDIA WILKEN
United States District Judge

Submitted by:

Robert R. Bryan
2088 Union Street, Suite 4
San Francisco, California 94123-4117
Telephone:   (415) 292-2400
Facsimile:   (415) 292-4878
Email:       RobertRBryan@aol.com

Lead counsel for Petitioner

ORDER EXTENDING TIME TO FILE TRAVERSE - No. C-00-1228-CW