ROBERT R. BRYAN, Calif. Bar No. 079450
Law Offices of Robert R. Bryan
2088 Union Street, Suite 4
San Francisco, California 94123-4117
Telephone:   (415) 292-2400
Facsimile:   (415) 292-4878
Email:       RobertRBryan@aol.com

PAMALA SAYASANE, Calif. Bar No. 185688
660 4th Street, No. 341
San Francisco, California 94107-1618
Telephone:   (415) 401-8211
Facsimile:   (415) 401-8907
Email:       Sayasanelaw@sbcglobal.net

Attorneys for Petitioner,
CURTIS LEE ERVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>　　　　　　　　Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Warden of the<br>California State Prison at San Quentin,<br><br>　　　　　　　　Respondent. | No. C-00-1228-CW<br><br>**STIPULATION FOR 3-DAY EXTENSION OF TIME TO FILE PETITIONER'S TRAVERSE, AND CASE MANAGEMENT SCHEDULE**<br><br>*Death Penalty Case* |

　　　The parties hereby stipulate to a three-day extension of time for filing Petitioner's Traverse to Respondent's Answer to Petition for Writ of Habeas Corpus, filed March 7, 2008, to October 3, 2008, and the parties shall file a joint case-management statement by November 3, 2008. The Traverse is currently due on September 30, 2008.

Dated: September 29, 2008

　　　*/s/ Robert R. Bryan*　　　　　　　　　　　　　　　　　*/s/ Allan Yannow*
ROBERT R. BRYAN　　　　　　　　　　　　　　　　　ALLAN YANNOW
Lead Counsel for Petitioner　　　　　　　　　　　　　　Attorney for Respondent

STIPULATION EXTENDING TIME TO FILE TRAVERSE - No. C-00-1228-CW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE ERVIN, | ) | No. C-00-1228-CW |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER EXTENDING TIME TO FILE** |
| vs. | ) | **TRAVERSE, AND, CASE MANAGE-** |
| | ) | **MENT SCHEDULE** [Proposed] |
| ROBERT L. AYERS, Warden of the | ) | |
| California State Prison at San Quentin, | ) | |
| | ) | |
| Respondent. | ) | *Death Penalty Case* |
| | ) | |

Pursuant to the stipulation of the parties signed September 29, 2008, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse to Respondent's Answer to Petition for Writ of Habeas Corpus, is extended three days to and including October 3, 2008, and the parties shall file a joint case-management statement by November 3, 2008. Petitioner anticipates no further extensions.

DATED: September __30__, 2008

 

CLAUDIA WILKEN
United States District Judge

Submitted by:

Robert R. Bryan
2088 Union Street, Suite 4
San Francisco, California 94123-4117
Telephone:   (415) 292-2400
Facsimile:   (415) 292-4878
Email:       RobertRBryan@aol.com

Lead counsel for Petitioner

ORDER EXTENDING TIME TO FILE TRAVERSE - No. C-00-1228-CW