IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,           ) <br> ) <br> Petitioner,   ) <br> ) <br> vs.                                   ) <br> ) <br> ROBERT L. AYERS, Warden of the   ) <br> California State Prison at San Quentin,  ) <br> ) <br> Respondent.   ) <br> _____ ) | No. C-00-1228-CW <br><br> **ORDER EXTENDING TIME TO FILE TRAVERSE, AND, CASE MANAGEMENT SCHEDULE** <br><br> *Death Penalty Case* |

Pursuant to the stipulation of the parties signed October 3, 2008, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing Petitioner's Traverse to Respondent's Response to Petition for Writ of Habeas Corpus, and Answer, is extended 30 days to and including November 3, 2008.  The parties shall file a joint case-management statement by December 3, 2008.  Petitioner will not seek another extension.

DATED:  October __7___, 2008

_____
CLAUDIA WILKEN
United States District Judge

Submitted by:

_____
Robert R. Bryan
2088 Union Street, Suite 4
San Francisco, California 94123-4117
Telephone:     (415) 292-2400
Facsimile:      (415) 292-4878
Email:            RobertRBryan@aol.com

Lead counsel for Petitioner

ORDER EXTENDING TIME TO FILE TRAVERSE - No. C-00-1228-CW