ROBERT R. BRYAN, Calif. Bar No. 079450
Law Offices of Robert R. Bryan
2088 Union Street, Suite 4
San Francisco, California 94123-4117
Telephone:   (415) 292-2400
Facsimile:   (415) 292-4878
Email:       RobertRBryan@aol.com

PAMALA SAYASANE, Calif. Bar No. 185688
660 4th Street, No. 341
San Francisco, California 94107-1618
Telephone:   (415) 401-8211
Facsimile:   (415) 401-8907
Email:       Sayasanelaw@sbcglobal.net

Attorneys for Petitioner,
CURTIS LEE ERVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CURTIS LEE ERVIN, | ) | No. C-00-1228-CW |
|---|---|---|
| Petitioner, | ) | **STIPULATION EXTENDING TIME TO FILE MOTION FOR DISCOVERY** |
| vs. | ) | |
| ROBERT L. AYERS, Warden of the California State Prison at San Quentin, | ) | *Death Penalty Case* |
| Respondent. | ) | |

The parties, having conferred by telephone and in writing regarding discovery, hereby stipulate that the time for filing Petitioner's Motion For Discovery, presently due March 23, 2009, is extended thirty days to and including April 22, 2009. Respondent's opposition will be due May 6, 2009, and Petitioner's reply on May 13, 2009.

Dated: March 17, 2009

_____          _____
ROBERT R. BRYAN                          ALLAN YANNOW
Lead counsel for Petitioner              Attorney for Respondent

STIPULATION EXTENDING TIME TO FILE DISCOVERY MOTION - No. C-00-1228-CW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Warden of the<br>California State Prison at San Quentin,<br><br>    Respondent. | No. C-00-1228-CW<br><br>**ORDER EXTENDING TIME TO FILE MOTION FOR DISCOVERY** [Proposed]<br><br>*Death Penalty Case* |

  Pursuant to the stipulation of the parties signed March 13, 2009, and good cause appearing therefore,

  IT IS HEREBY ORDERED that the time for filing Petitioner's Motion For Discovery, presently due March 23, 2009, is extended thirty days to and including April 22, 2009. Respondent's opposition will be due May 6, 2009, and Petitioner's reply on May 13, 2009.

DATED: March 20, 2009

*/s/ Claudia Wilken*

CLAUDIA WILKEN
United States District Judge

Submitted by:

*/s/ Robert R. Bryan*

ROBERT R. BRYAN, Calif. Bar No. 079450
Law Offices of Robert R. Bryan
2088 Union Street, Suite 4
San Francisco, California 94123-4117
Telephone: (415) 292-2400
Facsimile: (415) 292-4878
Email:  RobertRBryan@aol.com

Lead counsel for Petitioner