ROBERT R. BRYAN, Calif. Bar No. 079450
Law Offices of Robert R. Bryan
2088 Union Street, Suite 4
San Francisco, California 94123-4117
Telephone:     (415) 292-2400
Facsimile:     (415) 292-4878
Email:         RobertRBryan@aol.com

PAMALA SAYASANE, Calif. Bar No. 185688
660 4th Street, No. 341
San Francisco, California 94107-1618
Telephone:     (415) 401-8211
Facsimile:     (415) 401-8907
Email:         Sayasanelaw@sbcglobal.net

Attorneys for Petitioner,
CURTIS LEE ERVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CURTIS LEE ERVIN, | ) | No. C-00-1228-CW |
|---|---|---|
| Petitioner, | ) | **STIPULATION EXTENDING TIME TO FILE MOTION FOR DISCOVERY** |
| vs. | ) | |
| ROBERT L. AYERS, Warden of the California State Prison at San Quentin, | ) | |
| Respondent. | ) | *Death Penalty Case* |

The parties, having conferred by telephone and in writing regarding discovery, hereby stipulate that the time for filing Petitioner's Motion For Discovery, presently due April 22, 2009, is extended 30 days to and including May 22, 2009. Respondent's opposition will be due June 22, 2009, and Petitioner's reply on July 22, 2009.

Dated: April 14, 2009

*/s/ Robert R. Bryan*
ROBERT R. BRYAN
Lead counsel for Petitioner

*/s/ Allan Yannow*
ALLAN YANNOW
Attorney for Respondent

STIPULATION EXTENDING TIME TO FILE DISCOVERY MOTION - No. C-00-1228-CW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>      Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Warden of the<br>California State Prison at San Quentin,<br><br>      Respondent. | No. C-00-1228-CW<br><br>**ORDER EXTENDING TIME TO FILE MOTION FOR DISCOVERY** [Proposed]<br><br>*Death Penalty Case* |

  Pursuant to the stipulation of the parties signed March 13, 2009, and good cause appearing therefore,

  IT IS HEREBY ORDERED that the time for filing Petitioner's Motion For Discovery, presently due March 23, 2009, is extended thirty days to and including April 22, 2009. Respondent's opposition will be due May 6, 2009, and Petitioner's reply on May 13, 2009.

DATED: April 23, 2009

                          CLAUDIA WILKEN
                          United States District Judge

Submitted by:

ROBERT R. BRYAN, Calif. Bar No. 079450
Law Offices of Robert R. Bryan
2088 Union Street, Suite 4
San Francisco, California 94123-4117

Lead counsel for Petitioner