IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE ERVIN, | ) | No. C-00-1228-CW |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER EXTENDING TIME TO FILE** |
| vs. | ) | **MOTION FOR DISCOVERY** [~~Proposed~~] |
| | ) | |
| ROBERT L. AYERS, Warden of the | ) | |
| California State Prison at San Quentin, | ) | |
| | ) | *Death Penalty Case* |
| Respondent. | ) | |
| | ) | |

Pursuant to the stipulation of the parties signed May 21, 2009, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing Petitioner's Motion For Discovery, presently due May 22, 2009, is extended seven days to and including May 29, 2009. Respondent's opposition will be due June 29, 2009, and Petitioner's reply on July 29, 2009.

DATED: May 29, 2009



Submitted by:

ROBERT R. BRYAN, Calif. Bar No. 079450
Law Offices of Robert R. Bryan
2088 Union Street, Suite 4
San Francisco, California 94123-4117
Telephone:   (415) 292-2400
Facsimile:   (415) 292-4878
Email:       RobertRBryan@aol.com

Lead counsel for Petitioner

ORDER EXTENDING TIME TO FILE MOTION FOR DISCOVERY - No. C-00-1228-CW