IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE ERVIN, | ) | No. C-00-1228-CW |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER EXTENDING TIME FOR RE-** |
| vs. | ) | **PLY TO OPPOSITION TO MOTION** |
| | ) | **FOR DISCOVERY** [Proposed] |
| ROBERT L. AYERS, Warden of the | ) | |
| California State Prison at San Quentin, | ) | |
| | ) | |
| Respondent. | ) | *Death Penalty Case* |
| | ) | |

Pursuant to the stipulation of the parties signed September 4, 2009, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing Petitioner's Reply to Opposition to Motion For Discovery, presently due September 11, 2009, is extended 30 days to and including October 12, 2009.

DATED: September __14__, 2009

*IT IS SO ORDERED*
*[signature]*
*Judge Claudia Wilken*

Submitted by:

*[signature: Paul S.]*
PAMALA SAYASANE, Calif. Bar No. 185688
660 4th Street, No. 341
San Francisco, California 94107-1618
Telephone:  (415) 508-1609
Facsimile:  (415) 508-1630
Email:  Sayasanelaw@yahoo.com

Co-counsel for Petitioner

Order Extending Time For Reply to Opposition To Motion For Discovery - No. C-00-1228-CW