IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>                       Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Warden of the<br>California State Prison at San Quentin,<br><br>                       Respondent. | No. C-00-1228-CW<br><br>**ORDER EXTENDING TIME FOR REPLY TO OPPOSITION TO MOTION FOR DISCOVERY**<br><br>*Death Penalty Case* |

Pursuant to the stipulation of the parties signed October 8, 2009, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing Petitioner's Reply to Opposition to Motion For Discovery, presently due October 12, 2009, is extended 30 days to and including November 11, 2009.

DATED: October _14___, 2009

_____
CLAUDIA WILKEN
United States District Judge

Submitted by:

*/s/ Pamala Sayasane_____*
PAMALA SAYASANE, Calif. Bar No. 185688
660 4th Street, No. 341
San Francisco, California 94107-1618
Telephone:    (415) 508-1609
Facsimile:    (415) 508-1630
Email:    Sayasanelaw@yahoo.com

Co-counsel for Petitioner