IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT K. WONG, Acting Warden of San Quentin State Prison,<br><br>    Respondent.<br>_____/ | No. 00-01228 CW<br><br>DEATH-PENALTY CASE<br><br>ORDER REGARDING E-FILING OF PREVIOUSLY FILED DOCUMENTS |

    Good cause appearing therefor, whenever a party refers to a document that previously was filed in the present action but has not been e-filed, that party shall e-mail in PDF format such document to cwpdf@cand.uscourts.gov and refer to the docket number of the previously filed document in the e-mail.

    IT IS SO ORDERED.

Dated 2/1/10

CLAUDIA WILKEN
United States District Judge