IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>    Petitioner,<br><br>vs.<br><br>VINCENT CULLEN, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 4-0-cv-1228-CW<br><br>**ORDER EXTENDING TIME FOR FILING JOINT STATEMENT OF PROPOSED SCHEDULE FOR COMPLETION OF DISCOVERY**<br><br>*Death Penalty Case* |

Pursuant to the stipulation of the parties signed April 12, 2010, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing a joint statement with a proposed schedule or schedules for the completion of discovery, presently due April 21, 2010, is extended 30 days to and including May 21, 2010.

DATED: April 16, 2010

_____
CLAUDIA WILKEN
United States District Judge

Submitted by:

_____
PAMALA SAYASANE, Calif. Bar No. 185688
660 4th Street, No. 341
San Francisco, California 94107-1618
Telephone:    (415) 508-1609
Facsimile:    (415) 508-1630
Email:        Sayasanelaw@yahoo.com

Co-counsel for Petitioner