PETER J. HIRSIG (State Bar No. 197993)
WILLIAM L. MCCASLIN (State Bar No. 249976)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
639 Kentucky Street, First Floor
Fairfield, CA 94533
Telephone: (707) 427-3998
Facsimile:  (707) 427-0268

Attorneys for Defendant
CALIFORNIA DEPARTMENT OF CORRECTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>    Petitioner,<br><br>vs.<br><br>VINCENT CULLEN, ACTING WARDEN OF SAN QUENTIN STATE PRISON,<br><br>    Respondent. | Case No. 4-0-CV-1228-CW<br><br>**STIPULATION REGARDING PROTECTIVE ORDER REGARDING CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION RECORDS** |

TO THE COURT:

IT IS HEREBY STIPULATED between counsel for Petitioner CURTIS LEE ERVIN and counsel for Respondent VINCENT CULLEN, Acting Warden that the attached Protective Order is requested to become the Order of this Court in regards to documents produced by the California Department of Corrections and Rehabilitation pursuant to Subpoena Duces Tecum.

**SO STIPULATED.**

///

///

///

///

///

STIPULATION REGARDING PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Dated: May 19, 2010 | LAW OFFICES OF PAMALA SAYASANE |
| 2 | | By:   /s/     SIGNATURE AUTHORIZED |
| 3 | | PAMALA SAYASANE<br>Attorneys for Petitioner CURTIS LEE ERVIN |
| 4 | Dated:  May 19, 2010 | OFFICE OF ATTORNEY GENERAL |
| 5 | | By:   /s/     SIGNATURE AUTHORIZED |
| 6 | | ALLAN YANNOW<br>Attorneys for Respondent<br>VINCENT CULLEN, Acting Warden |

**ORDER**

**IT IS SO ORDERED.** _____

_____

_____ .

Date: __May 27, 2010__          _[signature]_
                                U.S. District Court Judge

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
639 KENTUCKY STREET, FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998

STIPULATION REGARDING PROTECTIVE ORDER          2