IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>　　　　　　　　　　Petitioner,<br><br>vs.<br><br>VINCENT CULLEN, Acting Warden of San Quentin State Prison,<br><br>　　　　　　　　　　Respondent. | Case No. 4-0-cv-1228-CW<br><br>**ORDER EXTENDING TIME FOR FILING JOINT STATEMENT OF PROPOSED SCHEDULE FOR COMPLETION OF DISCOVERY**<br><br>*Death Penalty Case* |

　　　　Pursuant to the stipulation of the parties signed May 17, 2010, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED that the time for filing a joint statement with a proposed schedule or schedules for the completion of discovery, presently due May 21, 2010, is extended 30 days to and including June 20, 2010.

DATED:  May 27, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Submitted by:


*/s/ Pamala Sayasane*_____
PAMALA SAYASANE, Calif. Bar No. 185688
660 4th Street, No. 341
San Francisco, California 94107-1618
Telephone:　　(415) 508-1609
Facsimile:　　 (415) 508-1630
Email:　　　　 Sayasanelaw@yahoo.com

Co-counsel for Petitioner