IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS LEE ERVIN, | ) | Case No. 4-0-cv-1228-CW |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER EXTENDING TIME FOR** |
| vs. | ) | **FILING JOINT STATEMENT OF** |
| | ) | **PROPOSED SCHEDULE FOR** |
| VINCENT CULLEN, Acting Warden of San Quentin State Prison, | ) ) | **COMPLETION OF DISCOVERY** |
| | ) | |
| Respondent. | ) | *Death Penalty Case* |
| | ) | |

Pursuant to the stipulation of the parties signed June 14, 2010, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing a joint statement with a proposed schedule or schedules for the completion of discovery, presently due June 20, 2010, is extended 30 days to and including July 20, 2010.

DATED:  June **15**, 2010

_____
CLAUDIA WILKEN
United States District Judge

Submitted by:

*/s/ Pamala Sayasane*_____
PAMALA SAYASANE, Calif. Bar No. 185688
660 4th Street, No. 341
San Francisco, California 94107-1618
Telephone: (415) 508-1609
Facsimile: (415) 508-1630
Email: Sayasanelaw@yahoo.com

Co-counsel for Petitioner