UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Curtis Lee ERVIN,<br><br>    Petitioner,<br><br>                v.<br><br>Vince CULLEN, Acting Warden of San Quentin State Prison,<br><br>    Respondent. | Case Number 4-0-cv-1228-CW<br><br><u>DEATH-PENALTY CASE</u><br><br>SCHEDULING ORDER |

    The parties have filed a Joint Statement of Proposed Schedule for Completion of Discovery. Good cause appearing therefor, the Court adopts the following schedule.

    (1) The parties shall complete discovery by December 22, 2010.

    (2) Respondent shall move for summary judgment on or before March 15, 2011.

    (3) Petitioner shall oppose Respondent's motion on or before June 13, 2011. In the same brief, Petitioner may also cross-move for summary judgment, and/or move for an evidentiary hearing.

1  (4) In a single brief, Respondent shall reply to
2      Petitioner's opposition and oppose Petitioner's
3      motions, if any, on or before July 13, 2011.
4  (5) Petitioner shall reply to Respondent's opposition to
5      any cross-motions on or before August 12, 2011.
6  (6) Unless otherwise ordered, the Court will take the
7      motions under submission upon receipt of Petitioner's
8      reply or expiration of the time for Petitioner to
9      reply.
10 It is so ordered.

13 DATED: 8/6/2010                      *Claudia Wilken*
                                        CLAUDIA WILKEN
14                                      United States District Judge