IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS LEE ERVIN,**<br><br>                                    Petitioner,<br><br>           v.<br><br>**VINCENT CULLEN, Warden of the California State Prison at San Quentin,**<br><br>                                    Respondent. | Case No. C 00-1228 CW<br><br>[~~PROPOSED~~] ORDER |

    Good Cause appearing, it is hereby ordered that the time for filing the summary judgment motion be extended as follows:

    1. If the pending motions for discovery are denied, the time for filing the summary judgment motion is extended 60 days from the date the pending motions for additional discovery are denied or 60 days after July 1, 2011, whichever occurs later.

    2. If the Court grants one or more of the pending motions for discovery, the time for filing the summary judgment motion is extended to 60 days after the date such discovery is completed. The parties are to inform the court of the date of completion of any such discovery.

1   3. The time for filing the other pleadings permitted in the Amended Scheduling Order shall
2   remain the same but shall run from the date the summary judgment is due.

4   Dated: __6/29/2011__                    _____
                                            The Honorable Claudia Wilken