IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CURTIS LEE ERVIN,

       Petitioner,

   v.

VINCENT CULLEN, Warden of
California State Prison at San
Quentin,

       Respondent.

_____/

No. C 00-01228 CW

ORDER REGARDING
SGT. WEAVER AND
EAST BAY REGIONAL
PARK DISTRICT
POLICE
DEPARTMENT'S
SEPTEMBER 21, 2011
RESPONSE

On May 29, 2009, Petitioner filed a discovery motion requesting any and all documents relating to misconduct by Dana Weaver, formerly a sergeant with the East Bay Regional Park District Police Department.  The Court denied the motion, but granted Petitioner's request to depose Weaver.  After Petitioner was unable to depose Weaver because Weaver was medically unable to sit for deposition, Petitioner renewed his request for documents, seeking disclosure of Weaver's personnel file.

On September 8, 2011, the Court granted in part Petitioner's request.  The Court ordered that, within fourteen days of the order, the Department review Weaver's personnel file for any documentation indicating misconduct on the job.  The Court further ordered that, in the event the Department found any such documents responsive to Petitioner's request, it notify Weaver of Petitioner's discovery request, the responsive documents and the

United States District Court
For the Northern District of California

Court's September 8, 2011 order, and notify Petitioner.  If Weaver opposed disclosure, Petitioner was given fourteen days to respond.

On September 21, 2011, Weaver and the Department filed a response to the Court's order.  The response is not styled as a noticed motion or administrative motion, pursuant to Civil Local Rule 7-11.  The response indicates that the Department's review of Weaver's personnel file uncovered a single one-page document that it found necessary to notify Weaver of, but the Department believes that the document is not responsive to the Court's order to disclose "documentation indicating misconduct on the job."  The Department and Weaver contend that the Court should not order the disclosure of documents from Weaver's personnel file, but request, in the alternative, that the Court conduct in camera review of the document to determine if disclosure is required.

Previously, in opposition to Petitioner's renewed request for Weaver's personnel file, the Department sought, as an alternative to disclosure of Weaver's entire personnel file, that the Court conduct an in camera review of the file to determine whether any items warranted disclosure.  Now the Department and Weaver seek in camera review of a single document that may be responsive to the discovery request that the Court has granted.  The Court grants this more limited request for in camera review.  The Department shall submit the document to the Court for in camera review within seven days from the date of this order.

United States District Court
For the Northern District of California

The Department and Weaver also ask that the Court determine whether disclosure is warranted based on what they assert to be the scope of Petitioner's original discovery request.  They contend that the original discovery request was limited to information related to Weaver's "professional integrity, honesty and trustworthiness," rather than information more broadly related to misconduct.  The Department and Weaver neglect that Petitioner's original discovery request regarding the Weaver's records also stated, "The sought after information includes, but is not limited to, any allegations or reports of impropriety or misconduct, disciplinary actions, citizen's complaints, performance reviews, civil or criminal actions, etc."  Docket No. 143 at 9.  Likewise, the Court's order denying Petitioner's original request addressed the discovery of documents indicating whether Weaver "ever acted improperly or engaged in misconduct." Docket No. 161 at 4-5.  The Department and Weaver's request to narrow the scope of the Court's September 8, 2011 discovery order is denied.

IT IS SO ORDERED.

Dated:  **9/22/2011**

CLAUDIA WILKEN
United States District Judge