IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>   Petitioner,<br><br>   v.<br><br>VINCENT CULLEN, Warden of California State Prison at San Quentin,<br><br>   Respondent. | No. C 00-01228 CW<br><br>ORDER REGARDING DOCUMENT SUBMITTED FOR IN CAMERA REVIEW |

   The Court requires further information in order to evaluate any possible significance of the document submitted for in camera review by the East Bay Regional Park District Police Department. The Department shall submit, along with a sealing order, an explanation of the context of this document, along with a representation, if true, that it is unrelated to the above-entitled case, as it appears to be.

   IT IS SO ORDERED.

Dated: 9/30/2011

_____
CLAUDIA WILKEN
United States District Judge