UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>                Petitioner,<br><br>vs.<br><br>VINCENT CULLEN,<br><br>                Respondent | Case No.: 00-CV-01228 CW<br><br>**ORDER SEALING DECLARATION OF TED C. RADOSEVICH IN SUPPORT OF RESPONSE OF EAST BAY REGIONAL PARK DISTRICT POLICE DEPARTMENT TO COURT'S ORDER RE: DOCUMENT SUBMITTED FOR *IN CAMERA* REVIEW**<br><br>[~~**PROPOSED**~~] |

On September 30, 2011, the Court ordered respondent East Bay Regional Park District Police Department ("Department") to submit, **under seal**, additional information relating to a document that had been submitted to the Court for an *in camera* review. The Court finds that the declaration of Ted C. Radosevich filed in support of the Department's response is privileged or otherwise entitled to protection under the law until the Court orders otherwise.

///

///

///

Pursuant to Local Rule 79-5, the Court hereby orders that the Declaration of Ted C. Radosevich filed in support of the response of the Department shall be filed under seal.

IT IS SO ORDERED.

Dated: 10/17/2011

_____
CLAUDIA WILKEN
United States District Judge

Submitted By:

Patrick L. Hurley
State Bar No. 174438
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California St., Suite 1100
San Francisco, CA 94111
Telephone: (415) 217-6990
Email: plh@manningllp.com

Attorneys for Respondents,
EAST BAY REGIONAL PARK DISTRICT
POLICE DEPARTMENT AND SGT. DANA WEAVER