ROBERT R. BRYAN, Calif. Bar No. 079450
Law Offices of Robert R. Bryan
2107 Van Ness Avenue, Suite 203
San Francisco, California 94109-2572
Telephone:    (415) 292-2400
Facsimile:    (415) 292-4878
E-mail:       RobertRBryan@gmail.com

PAMALA SAYASANE, Calif. Bar No. 185688
660 - 4th Street, No. 341
San Francisco, California 94107
Telephone:    (415) 508-1609
Facsimile:    (415) 508-1630
E-mail:       Sayasanelaw@yahoo.com

Attorneys for Petitioner,
CURTIS LEE ERVIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN, | Case No. C-00-1228 CW |
| Petitioner, | |
| vs. | **ORDER AMENDING POST-DISCOVERY CASE SCHEDULE** |
| MIKE MARTEL, Acting Warden of California State Prison at San Quentin, | |
| Respondent. | *Death Penalty Case* |

Pursuant to the joint motion and stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the post-discovery case schedule is amended as follows:

1.

ORDER AMENDING POST-DISCOVERY CASE SCHEDULE - No. C-00-1228-CW

1. Respondent shall move for summary judgment on or before January 3, 2012.

2. Petitioner shall oppose Respondent's motion within 90 days of the filing of respondent's motion. In the same brief, Petitioner may also cross-move for summary judgment, and/or move for an evidentiary hearing.

3. In a single brief, Respondent shall reply to Petitioner's opposition and oppose Petitioner's motions, if any, within 45 days.

4. Petitioner shall reply to Respondent's opposition to any cross-motions within 30 days.

5. Unless otherwise ordered, the Court will take the motions under submission upon receipt of Petitioner's reply or expiration of the time for Petitioner to reply.

6. The parties may stipulate between themselves without further order of the Court for one extension of time for 30 days or less to file that party's motion, opposition, or reply.

DATED: __10/25/2011_____

_____
CLAUDIA WILKEN
United States District Judge

*/s/ Pamala Sayasane*
PAMALA SAYASANE, Calif. Bar No. 185688
660 4th Street, No. 341
San Francisco, California 94107-1618
Telephone:   (415) 508-1609
Facsimile:   (415) 508-1630
Email:         Sayasanelaw@yahoo.com

Second counsel for Petitioner

2.

ORDER AMENDING POST-DISCOVERY CASE SCHEDULE - No. C-00-1228-CW