UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Curtis Lee ERVIN,<br><br>　　　　Petitioner,<br><br>　　　　　　　　　　v.<br><br>Kevin CHAPPELLE, Acting Warden of San Quentin State Prison,[1]<br><br>　　　　Respondent. | Case Number 4-0-cv-1228-CW<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER DENYING PETITIONER'S ADMINISTRATIVE MOTION TO FILE PLEADING UNDER SEAL<br><br>[Doc. No. 214] |

　　　Petitioner seeks leave to file under seal a motion for discovery. Petitioner's administrative motion is denied. Petitioner may file a discovery motion to which Respondent and any other affected parties may respond.

　　　IT IS SO ORDERED.

DATED:  2/27/2012　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

　　[1] Kevin Chappelle is automatically substituted for his predecessor as the named Respondent. <u>See</u> Fed. R. Civ. P. 25(d).