IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN, | ) Case No. 4-0-CV-1228-CW |
| Petitioner, | ) ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO SUMMARY JUDGMENT MOTION [Proposed] |
| vs. | ) |
| KEVIN CHAPPELLE, Acting Warden of California State Prison at San Quentin, | ) |
| Respondent. | ) *Death Penalty Case* |

Pursuant to the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that Petitioner's response to Respondent's Motion For Summary Judgment may be filed on or before October 15, 2012.

DATED: September 10, 2012

CLAUDIA WILKEN
United States District Judge

Submitted by:

/s/ *Pamala Sayasane*
PAMALA SAYASANE
660 - 4th Street, No. 341
San Francisco, California 94107
Telephone:   (415) 508-1609
Facsimile:    (415) 508-1630
E-mail:         Sayasanelaw@yahoo.com

*Second counsel for Petitioner*