UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Curtis Lee ERVIN, | Case Number 4-0-cv-1228-CW |
|---|---|
| Petitioner, | DEATH-PENALTY CASE |
| v. | ORDER GRANTING PETITIONER'S MOTION TO AMEND |
| Kevin CHAPPELL,[1] Acting Warden of San Quentin State Prison, | |
| Respondent. | [Doc. No. 250] |

Petitioner timely filed his Opposition to State's Motion for Summary Judgment and Motion for Evidentiary Hearing. (Doc. No. 248.) Petitioner moves to amend this brief to correct typographical and other minor errors. (Doc. No. 250.)

Good cause appearing therefor, the Court grants Petitioner's Motion, and deems the original brief, (Doc. No. 248), withdrawn, and the amended brief, (Doc. No. 249), timely filed as of the date the present Order is posted; the Clerk shall correct the docket accordingly. Pursuant to the Court's Order Amending Post-

---

[1] Respondent's name is correctly spelled as indicated here. The Clerk shall correct the docket accordingly.

Discovery Case Schedule, (Doc. No. 199), Respondent's reply/opposition brief is due within forty-five days from the date the present Order is posted, and Petitioner's reply brief is due within thirty days from the date that Respondent's reply/opposition brief is filed.

IT IS SO ORDERED.

DATED: January  14 , 2013

CLAUDIA WILKEN
United States District Judge