IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>                    Petitioner,<br><br>vs.<br><br>KEVIN CHAPPELL, Warden of<br>California State Prison at San Quentin,<br><br>                    Respondent. | Case No. 4-0-CV-1228-CW<br><br>ORDER GRANTING 30-DAY EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO EVIDENTIARY HEARING MOTION [Proposed]<br><br>*Death Penalty Case* |

Pursuant to the motion of Petitioner, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing Petitioner's reply to Respondent's opposition to its evidentiary hearing motion is enlarged 30 days, to and including, July 10, 2013.

DATED: 6/11/2013

                                                CLAUDIA WILKEN
                                              United States District Judge

Submitted by:

*/s/ Pamala Sayasane*
Law Office of Pamala Sayasane
660 4th Street, No. 341
San Francisco, California 94107

Second counsel for Petitioner,
Curtis Lee Ervin

1.