**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CURTIS LEE ERVIN,** | Case No. 4-0-CV-1228-CW |
| Petitioner, | **ORDER GRANTING 30-DAY EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO EVIDENTIARY HEARING MOTION** [Proposed] |
| vs. | |
| **KEVIN CHAPPELL, Acting Warden of California State Prison at San Quentin,** | |
| Respondent. | *Death Penalty Case* |

Pursuant to the motion of Petitioner, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing Petitioner's reply to Respondent's opposition to its evidentiary hearing motion is enlarged 30 days, to and including August 9, 2013.

DATED: July  11 , 2013

CLAUDIA WILKEN
United States District Judge

Submitted by:

*/s/ Robert R. Bryan*
ROBERT R. BRYAN, Calif. Bar No. 079450
Law Offices of Robert R. Bryan
2107 Van Ness Avenue, Suite 203
San Francisco, California 94109-2572

Lead counsel for Petitioner,
Curtis Lee Ervin