IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS LEE ERVIN,**<br><br>                    **Petitioner,**<br><br>vs.<br><br>**KEVIN CHAPPELL, Warden of California State Prison at San Quentin,**<br><br>                    **Respondent.** | Case No. 4-0-CV-1228-CW<br><br>ORDER GRANTING 7-DAY EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO EVIDENTIARY HEARING MOTION [~~Proposed~~]<br><br>*Death Penalty Case* |

Pursuant to the motion of Petitioner, and good cause appearing therefore,

IT IS HEREBY ORDERED that the time for filing Petitioner's reply to Respondent's opposition to the evidentiary hearing motion is enlarged seven days, to and including August 16, 2013.

DATED: August  12 , 2013

                                                                CLAUDIA WILKEN
                                                                United States District Judge

Submitted by:

*/s/ Pamala Sayasane*
PAMALA SAYASANE, Calif. Bar No. 185688
660 4th Street, No. 341
San Francisco, California 94107

Second counsel for Petitioner,
Curtis Lee Ervin