UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LEE ERVIN,<br><br>        Plaintiff,<br><br>    v.<br><br>RON DAVIS, et al.,<br><br>        Defendants. | Case No.  00-cv-01228-VC<br><br>**ORDER REGARDING DOCUMENT PRODUCTION** |

      The Alameda County District Attorney's Office is ordered to make available to settlement counsel the jury selection files in all Alameda cases in which a death penalty sentence was handed down. *See Flowers v. Mississippi*, 588 U.S. 284, 302 (2019); *see also Foster v. Chatman*, 578 U.S. 488, 501 (2016). Settlement counsel is authorized to use the files in all cases in which they have been appointed, and settlement counsel is authorized to share the evidence with co-counsel in those cases.

      **IT IS SO ORDERED.**

Dated: May 4, 2024

VINCE CHHABRIA  
United States District Judge